AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffin, Juliet E. | Middle District of Tennessee | 07/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Full | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

756 U.S.Courthouse
801 Broadway
Nashville, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Bank (formerly GreenBank, formerly Cumberland Bank) | Mortgage on Rental Property | M |
| 2. | MasterCard | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | Sallie Mae tuition loan | Educational loan | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD AMERITRADE MAIN ACCOUNT | | | | | | | | | |
| 2. Ford Motor Co. 8.9% | A | Interest | J | T | | | | | |
| 3. Georgia Pacific 7.25% | A | Interest | J | T | | | | | |
| 4. Cash | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. SalesForce.com Inc Put | | None | | | Sold | 1/19/12 | J | A | |
| 7. | | | | | | | | | |
| 8. Pandora Media Inc.Put | | None | | | Buy | 1/11/12 | J | | |
| 9. Pandora Media Inc. Put | | None | | | Sold | 02/03/12 | J | | |
| 10. | | | | | | | | | |
| 11. Carnival Corp Call | | None | | | Buy | 1/17/12 | J | | |
| 12. Carnival Corp Call | | None | | | Buy (add'l) | 1/19/12 | J | | |
| 13. Carnival Corp Call | | None | | | Sold (part) | 1/26/12 | J | | |
| 14. Carnival Corp Call | | None | | | Sold | 02/03/12 | J | | |
| 15. | | | | | | | | | |
| 16. Yahoo! Inc Put | | None | | | Buy | 1/05/12 | J | | |
| 17. Yahoo! Inc. | | None | | | Sold | 01/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. SPY Put | | None | | | Buy | 02/03/12 | J | | |
| 20. SPY Put | | None | | | Sold | 03/01/12 | J | | |
| 21. | | | | | | | | | |
| 22. Apple Inc Call | | None | | | Buy | 02/10/12 | J | | |
| 23. Apple Inc. Call | | None | | | Sold | 02/10/12 | J | | |
| 24. Apple Inc. Call | | None | | | Buy | 02/15/12 | J | | |
| 25. Apple Inc. Call | | None | | | Sold | 02/15/12 | J | B | |
| 26. Apple Inc. Call | | None | | | Buy | 02/15/12 | J | | |
| 27. Apple Inc. Call | | None | | | Sold | 02/21/12 | J | A | |
| 28. | | | | | | | | | |
| 29. Sears Holding Corp Put | | None | | | Buy | 02/23/12 | J | | |
| 30. Sears Holding Corp Put | | None | | | Sold | 03/01/12 | J | | |
| 31. | | | | | | | | | |
| 32. Apple Inc. Call | | None | | | Buy | 03/07/12 | J | | |
| 33. Apple Inc. Call | | None | | | Sold | 03/08/12 | J | A | |
| 34. Apple Inc. Call | | None | | | Buy | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Inc. Call | | None | | | Sold | 03/15/12 | J | A | |
| 36. Apple Inc. Call | | None | | | Buy | 03/16/12 | J | | |
| 37. Apple Inc. Call | | None | | | Sold | 03/19/12 | J | A | |
| 38. Apple Inc. Call | | None | | | Buy | 03/20/12 | J | | |
| 39. Apple Inc. Call | | None | | | Sold | 03/20/12 | J | A | |
| 40. Apple Inc. Call | | None | | | Buy | 3/22/12 | J | | |
| 41. Apple Inc. Call | | None | | | Sold | 3/27/12 | J | A | |
| 42. Apple Inc. Call | | None | | | Buy | 03/29/12 | J | | |
| 43. Apple Inc. Call | | None | | | Sold | 3/29/12 | J | | |
| 44. Apple Inc. Calls & Puts | | None | | | Buy | 3/30/12 | J | | |
| 45. Apple Inc. Calls & Puts | | None | | | Sold | 4/26/12 | J | A | |
| 46. | | | | | | | | | |
| 47. Priceline.com Inc.Call | | None | | | Buy | 04/30/12 | J | | |
| 48. Priceline.com Inc. Call | | None | | | Sold | 4/30/12 | J | | |
| 49. | | | | | | | | | |
| 50. Apple Inc. Call | | None | | | Buy | 4/30/12 | J | | |
| 51. Apple Inc. Call | | None | | | Sold | 5/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55.   REAL ESTATE INVESTMENTS | | | | | | | | | |
| 56.   Rental Property No. 1 Davidson County, TN | E | Rent | N | W | | | | | |
| 57. | | | | | | | | | |
| 58.   TD AMERITRADE IRA ▨ | | | | | | | | | |
| 59.   Money Market (Note 1) | A | Interest | K | T | | | | | |
| 60. | | | | | | | | | |
| 61.   AT&T Inc (T) | A | Int./Div. | | | Sold (part) | 04/10/12 | J | A | |
| 62.   AT&T | | None | | | Buy (add'l) | 05/21/12 | J | | |
| 63.   AT&T | | None | | | Sold (part) | 05/24/12 | J | A | |
| 64.   AT&T | | None | | | Sold | 11/07/12 | J | | |
| 65. | | | | | | | | | |
| 66.   Verizon Communications (VZ) | A | Int./Div. | | | Buy (add'l) | 05/21/12 | J | | |
| 67.   Verizon Communications | | None | | | Sold (part) | 05/24/12 | J | A | |
| 68.   Verizon Communications | | None | | | Sold (part) | 09/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Verizon Communications | | None | | | Sold | 11/07/12 | J | A | |
| 70. | | | | | | | | | |
| 71. Coca Cola Co (KO) | A | Int./Div. | | | Sold (part) | 01/27/12 | J | | |
| 72. Coca Cola | | None | | | Sold (part) | 04/10/12 | J | | |
| 73. Coca Cola | | None | | | Sold | 06/01/12 | J | A | |
| 74. | | | | | | | | | |
| 75. Johnson & Johnson Com (JNJ) | A | Int./Div. | | | Sold | 05/16/12 | J | A | |
| 76. | | | | | | | | | |
| 77. McDonalds Corp (MCD) | A | Int./Div. | | | Sold (part) | 05/16/12 | J | | |
| 78. McDonalds Corp | | None | | | Sold | 05/24/12 | J | A | |
| 79. | | | | | | | | | |
| 80. Nordic Amer Tanker (NAT) | A | Int./Div. | | | Sold | 05/16/12 | J | | |
| 81. | | | | | | | | | |
| 82. Dupont El DeMemours (DD) | A | Int./Div. | | | | | | | |
| 83. Dupont | | None | | | Sold (part) | 04/10/12 | J | | |
| 84. Dupont | | None | | | Sold | 05/16/12 | J | A | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kinder Morgan Energy (KMP) | A | Int./Div. | | | Sold (part) | 02/01/12 | J | | |
| 87. Kinder Morgan | | None | | | Sold | 03/1/12 | J | | |
| 88. | | | | | | | | | |
| 89. Health Care Reit Inc (HCN) | A | Dividend | | | Sold | 04/10/12 | J | | |
| 90. | | | | | | | | | |
| 91. American Water Works Co (AWK) | A | Dividend | | | Sold (part) | 09/04/12 | J | | |
| 92. American Water Works Co | | None | | | Sold | 11/07/12 | J | A | |
| 93. | | | | | | | | | |
| 94. Southern Copper Co (SCCO) | A | Int./Div. | | | | | | | |
| 95. Southern Copper Co | | None | | | Buy (add'l) | 1/06/12 | J | | |
| 96. Southern Copper Co. | | None | | | Sold (part) | 04/10/12 | J | | |
| 97. Southern Copper Co. | | None | | | Sold | 05/16/12 | J | A | |
| 98. | | | | | | | | | |
| 99. Spectra Energy Partners (SEP) | A | Int./Div. | | | Sold (part) | 04/10/12 | J | | |
| 100. Spectra Energy Partners | | None | | | Sold | 05/24/12 | J | | |
| 101. | | | | | | | | | |
| 102. FedEx (FDX) | A | Int./Div. | | | Sold | 05/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Nordstrom (JWN) | | None | | | Sold (part) | 04/10/12 | J | | |
| 105. Nordstrom | | None | | | Sold | 05/16/12 | J | | |
| 106. | | | | | | | | | |
| 107. General Electric (GE) | A | Int./Div. | | | Sold (part) | 04/10/12 | J | | |
| 108. General Electric | | None | | | Sold | 06/01/12 | J | A | |
| 109. | | | | | | | | | |
| 110. Eli Lilly (LLY) | A | Int./Div. | | | Buy (add'l) | 01/04/12 | J | | |
| 111. Eli Lilly | | None | | | Sold (part) | 04/10/12 | J | | |
| 112. Eli Lilly | | None | | | Sold | 06/01/12 | J | | |
| 113. | | | | | | | | | |
| 114. Intel Corp (INTC) | A | Int./Div. | | | Buy | 01/06/12 | J | | |
| 115. Intel Corp | | None | | | Sold (part) | 04/10/12 | J | | |
| 116. Intel Corp | | None | | | Buy (add'l) | 04/17/12 | J | | |
| 117. Intel Corp | | None | | | Sold | 05/21/12 | J | A | |
| 118. | | | | | | | | | |
| 119. Kraft Foods Inc.(KFT) | A | Int./Div. | | | Buy | 01/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Kraft Foods Inc. | | None | | | Sold (part) | 04/10/12 | J | | |
| 121. Kraft Foods Inc. | | None | | | Sold | 05/24/12 | J | A | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. Tractor Supply Co(TSCO) | | None | | | Buy | 01/20/12 | J | | |
| 126. Tractor Supply Co | | | | | Sold (part) | 04/10/12 | J | | |
| 127. Tractor Supply Co | | | | | Buy (add'l) | 05/24/12 | J | | |
| 128. Tractor Supply Co | | | | | Sold | 06/01/12 | J | | |
| 129. | | | | | | | | | |
| 130. Netflix.com((NFLX) | | None | | | Buy | 01/09/12 | J | | |
| 131. Netflix.com | | None | | | Sold | | J | | |
| 132. Netflix.com | | None | | | Buy | 01/27/12 | J | | |
| 133. Netflix.com | | None | | | Sold (part) | 02/13/12 | J | | |
| 134. Netflix.com | | None | | | Sold (part) | 03/14/12 | J | | |
| 135. Netflix.com | | None | | | Sold (part) | 03/15/12 | J | | |
| 136. Netflix.com | | None | | | Sold (part) | 04/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Netflix.com | | None | | | Sold | 05/16/12 | J | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. APPLE Inc.(AAPL) | A | Int./Div. | | | Buy (add'l) | 01/19/12 | J | | |
| 142. APPLE | | None | | | Buy (add'l) | 02/22/12 | J | | |
| 143. APPLE | | None | | | Buy (add'l) | 03/14/12 | J | | |
| 144. APPLE | | None | | | Buy (add'l) | 03/16/12 | J | | |
| 145. APPLE | | None | | | Buy (add'l) | 04/09/12 | J | | |
| 146. Apple | | None | | | Sold (part) | 04/10/12 | J | | |
| 147. Apple | | None | | | Buy (add'l) | 04/12/12 | J | | |
| 148. Apple | | None | | | Buy (add'l) | 04/13/12 | J | | |
| 149. Apple | | None | | | Buy (add'l) | 04/16/12 | J | | |
| 150. Apple | | None | | | Buy (add'l) | 04/17/12 | J | | |
| 151. Apple | | None | | | Buy | 04/19/12 | J | | |
| 152. Apple | | None | | | Sold (part) | 04/24/12 | J | | |
| 153. Apple | | None | | | Buy (add'l) | 04/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Apple | | None | | | Buy (add'l) | 04/30/12 | J | | |
| 155. Apple | | None | | | Sold | 05/16/12 | J | | |
| 156. Apple | | None | | | Buy | 08/08/12 | J | | |
| 157. Apple | | None | | | Sold | 11/07/12 | J | B | |
| 158. | | | | | | | | | |
| 159. Caterpillar Inc.(CAT) | A | Int./Div. | | | Buy | 01/27/12 | J | | |
| 160. Caterpillar Inc. | | None | | | Sold (part) | 3/14/12 | J | | |
| 161. Caterpillar Inc. | | None | | | Sold (part) | 04/10/12 | J | | |
| 162. Caterpillar Inc. | | None | | | Sold | 05/16/12 | J | A | |
| 163. | | | | | | | | | |
| 164. SPDR put | | None | | | Buy | 02/03/12 | J | | |
| 165. SPDR put | | None | | | Sold | 03/01/12 | J | | |
| 166. | | | | | | | | | |
| 167. Wyndham Worldwide (WYN) | A | Int./Div. | | | Buy | 03/06/12 | J | | |
| 168. Wyndham Worldwide | | None | | | Sold (part) | 05/21/12 | J | | |
| 169. Wyndham Worldwide | | None | | | Sold | 06/01/12 | J | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Priceline (PCLN) | | None | | | Buy | 03/30/12 | J | | |
| 173. Priceline | | None | | | Buy | 04/10/12 | J | | |
| 174. Priceline | | None | | | Sold (part) | 04/10/12 | J | | |
| 175. Priceline | | None | | | Buy (add'l) | 04/17/12 | J | | |
| 176. Priceline | | None | | | Sold | 05/16/12 | J | | |
| 177. | | | | | | | | | |
| 178. JP Morgan Chase (JPM) | | None | | | Buy | 04/04/12 | J | | |
| 179. JP Morgan Chase (JPM) | | None | | | Sold | 04/04/12 | J | | |
| 180. | | | | | | | | | |
| 181. Google Inc. (GOOG) | | None | | | Buy | 04/13/12 | J | | |
| 182. Google Inc. | | None | | | Sold | 05/16/12 | J | A | |
| 183. | | | | | | | | | |
| 184. Qualcomm Inc. (QCOM) | | None | | | Buy | 04/16/12 | J | | |
| 185. Qualcomm Inc. | | None | | | Sold | 05/16/12 | J | | |
| 186. | | | | | | | | | |
| 187. Visa Inc. (V) | | None | | | Buy | 05/24/12 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Visa Inc. | | None | | | Sold | 06/01/12 | J | | |
| 189. | | | | | | | | | |
| 190.  Foot Locker Inc. (FL) | | None | | | Buy | 05/25/12 | J | | |
| 191.  Foot Locker Inc. | | None | | | Sold | 06/01/12 | J | | |
| 192. | | | | | | | | | |
| 193.  Spydr Gold Trust (GLD) | | None | | | Buy | 06/01/12 | J | | |
| 194.  Spydr Gold Trust | | None | | | Sold | 09/04/12 | J | | |
| 195. | | | | | | | | | |
| 196.  Consolidated Edison Co. (ED) | A | Int./Div. | | | Buy | 06/20/12 | J | | |
| 197.  Consolidated Edison Co. | | None | | | Sold (part) | 09/04/12 | J | | |
| 198.  Consolidated Edison Co. | | None | | | Sold | 11/07/12 | J | | |
| 199. | | | | | | | | | |
| 200.  TD AMERITRADE Roth IRA ▭ | | | | | | | | | |
| 201.  Money Market | A | Interest | J | T | | | | | |
| 202. | | | | | | | | | |
| 203.  Southern Copper (SCCO) | A | Int./Div. | | | Sold | 04/19/12 | J | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Spectra Energy Partners (SEP) | A | Int./Div. | | | Sold | 4/19/12 | J | | |
| 206. | | | | | | | | | |
| 207. Apple Inc. | A | Int./Div. | | | Buy | 4/19/12 | J | | |
| 208. Apple | | None | | | Sold | 11/07/12 | J | A | |
| 209. | | | | | | | | | |
| 210. TD AMERITRADE IRA Amerivest Account (See note 1) | | | | | Closed | 1/1/12 | J | | |
| 211. | | | | | | | | | |
| 212. TD AMERITRADE IRA | | | | | | | | | |
| 213. Money Market | A | Int./Div. | M | T | | | | | |
| 214. | | | | | | | | | |
| 215. AT&T Inc | A | Dividend | | | Sold (part) | 04/10/12 | J | | |
| 216. AT&T inc. | | None | | | Sold | 11/07/12 | J | A | |
| 217. | | | | | | | | | |
| 218. Coca Cola (KO) | A | Dividend | | | Sold (part) | 01/27/12 | J | | |
| 219. Coca Cola | | None | | | Sold (part) | 4/10/12 | J | | |
| 220. Coca Cola | | None | | | Sold | 6/01/12 | J | A | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Apple Computer (AAPL) | A | Int./Div. | | | Buy (add'l) | 01/24/12 | J | | |
| 223. Apple Computer | | None | | | Buy (add'l) | 01/20/12 | J | | |
| 224. Apple Computer | | None | | | Buy (add'l) | 02/16/12 | J | | |
| 225. Apple Computer | | None | | | Buy (add'l) | 03/14/12 | J | | |
| 226. Apple Computer | | None | | | Buy (add'l) | 03/16/12 | J | | |
| 227. Apple Computer | | None | | | Sold (part) | 03/19/12 | J | | |
| 228. Apple Computer | | None | | | Sold (part) | 4/10/12 | J | | |
| 229. Apple Computer | | None | | | Buy (add'l) | 4/12/12 | J | | |
| 230. Apple Computer | | None | | | Buy (add'l) | 4/13/12 | J | | |
| 231. Apple Computer | | None | | | Buy (add'l) | 4/16/12 | J | | |
| 232. Apple Computer | | None | | | Buy (add'l) | 4/17/12 | J | | |
| 233. Apple Computer | | None | | | Buy (add'l) | 4/19/12 | J | | |
| 234. Apple Computer | | None | | | Sold (part) | 4/24/12 | J | | |
| 235. Apple Computer | | None | | | Buy (add'l) | 4/25/12 | J | | |
| 236. Apple Computer | | None | | | Buy (add'l) | 4/30/12 | J | | |
| 237. Apple Computer | | None | | | Sold | 5/16/12 | J | | |
| 238. Apple Computer | | None | | | Buy | 8/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Apple Computer | | None | | | Sold | 11/07/12 | J | B | |
| 240. | | | | | | | | | |
| 241.  Dupont (DD) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 242.  Dupont | | None | | | Sold (part) | 5/21/12 | J | | |
| 243.  Dupont | | None | | | Sold | 5/24/12 | J | A | |
| 244. | | | | | | | | | |
| 245.  McDonalds (MCD) | A | Int./Div. | | | Sold (part) | 5/16/12 | J | | |
| 246.  McDonalds | | None | | | Sold | 5/24/12 | J | | |
| 247. | | | | | | | | | |
| 248.  Gold ETF (GLD) | | None | | | Buy (add'l) | 01/24/12 | J | | |
| 249.  Gold ETF | | None | | | Sold (part) | 03/14/12 | J | | |
| 250.  Gold ETF | | None | | | Sold (part) | 5/16/12 | J | | |
| 251.  Gold ETF | | None | | | Sold (part) | 6/01/12 | J | | |
| 252.  Gold ETF | | None | | | Sold | 11/7/12 | J | | |
| 253. | | | | | | | | | |
| 254.  Caterpillar Corp (CAT) | A | Int./Div. | | | Buy (add'l) | 01/27/12 | J | | |
| 255.  Caterpillar Corp | | None | | | Sold (part) | 03/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Caterpillar Corp | | None | | | Sold (part) | 4/10/12 | J | | |
| 257. Caterpillar Corp | | None | | | Sold | 5/16/12 | J | | |
| 258. | | | | | | | | | |
| 259. Yum Brands Inc (YUM) | A | Int./Div. | | | Buy (add'l) | 01/24/12 | J | | |
| 260. Yum Brands Inc | | None | | | Sold (part) | 4/10/12 | J | | |
| 261. Yum Brands Inc | | None | | | Sold | 5/16/12 | J | | |
| 262. | | | | | | | | | |
| 263. American Water Works (AWK) | A | Int./Div. | | | Sold | 11/07/12 | J | A | |
| 264. | | | | | | | | | |
| 265. Limited Brands Inc (LTD) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 266. Limited Brands Inc | | | | | Sold | 5/16/12 | J | | |
| 267. | | | | | | | | | |
| 268. CSX Corp (CSX) | A | Int./Div. | | | Sold (part) | 03/15/12 | J | | |
| 269. CSX Corp | | None | | | Sold (part) | 4/10/12 | J | | |
| 270. CSX Corp | | None | | | Sold | 5/16/12 | J | | |
| 271. | | | | | | | | | |
| 272. Nasdaq ETF (QQQ) | A | Int./Div. | | | Sold | 5/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. Dow Industrial ETF (DIA) | A | Int./Div. | | | Sold | 5/24/12 | J | | |
| 275. | | | | | | | | | |
| 276. S&P 500 ETF (SPY) | A | Int./Div. | | | Sold | 5/24/12 | J | | |
| 277. | | | | | | | | | |
| 278. NetApp (NTAP)(Note 2) | | None | | | Sold | 01/27/12 | J | | |
| 279. | | | | | | | | | |
| 280. Google (GOOG) | | None | | | Buy (add'l) | 4/13/12 | J | | |
| 281. Google | | None | | | Sold | 5/16/12 | J | A | |
| 282. | | | | | | | | | |
| 283. Nordstroms (JWN) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 284. Nordstroms | | None | | | Sold | 5/16/12 | J | | |
| 285. | | | | | | | | | |
| 286. Bristol Myers Squibb (BMY) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 287. Bristol Myers Squibb | | None | | | Sold | 5/24/12 | J | | |
| 288. | | | | | | | | | |
| 289. Conoco Phillips Corp (COP) | A | Dividend | | | Sold | 5/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291. Spectra Energy Partners (SEP) | A | Distribution | | | Sold (part) | 4/10/12 | J | | |
| 292. Spectra Energy Partners | | None | | | Sold (part) | 5/24/12 | J | | |
| 293. Spectra Energy Partners | | None | | | Sold | 6/01/12 | J | | |
| 294. | | | | | | | | | |
| 295. Southern Copper Corp (SCCO) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 296. Southern Copper Corp | | None | | | Sold | 5/16/12 | J | | |
| 297. | | | | | | | | | |
| 298. FedEx (FDX) | A | Int./Div. | | | Sold | 5/16/12 | J | | |
| 299. | | | | | | | | | |
| 300. General Electric (GE) | A | Int./Div. | | | Buy (add'l) | 01/06/12 | J | | |
| 301. General Electric | | None | | | Sold (part) | 4/10/12 | J | | |
| 302. General Electric | | None | | | Sold (part) | 5/24/12 | J | | |
| 303. General Electric | | None | | | Sold | 6/01/12 | J | A | |
| 304. | | | | | | | | | |
| 305. Eli Lilly (LLY) | A | Int./Div. | | | Sold (part) | 4/10/12 | J | | |
| 306. Eli Lilly | | None | | | Sold (part) | 5/16/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Eli Lilly | | None | | | Sold | 5/24/12 | J | A | |
| 308. | | | | | | | | | |
| 309. Deere & Co (DE) | | None | | | Buy | 1/10/12 | J | | |
| 310. Deere & Co | | None | | | Buy (add'l) | 01/24/12 | J | | |
| 311. Deere & Co | | None | | | Sold (part) | 03/14/12 | J | | |
| 312. Deere & Co | | None | | | Sold (part) | 4/10/12 | J | | |
| 313. Deere & Co | | None | | | Sold | 5/16/12 | J | A | |
| 314. | | | | | | | | | |
| 315. Intel Corp (INTC) | A | Int./Div. | | | Buy | 01/06/12 | J | | |
| 316. Intel Corp | | None | | | Sold (part) | 4/10/12 | J | | |
| 317. Intel Corp | | None | | | Buy (add'l) | 4/17/12 | J | | |
| 318. Intel Corp | | None | | | Sold (part) | 5/16/12 | J | | |
| 319. Intel Corp | | None | | | Sold | 5/21/12 | J | | |
| 320. | | | | | | | | | |
| 321. Kraft Foods Inc (KFT) | A | Int./Div. | | | Buy | 01/06/12 | J | | |
| 322. Kraft Foods Inc | | None | | | Sold (part) | 4/10/12 | J | | |
| 323. Kraft Foods Inc. | | None | | | Sold | 5/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. Starbucks Corp (SBUX) | A | Int./Div. | | | Buy | 01/19/12 | J | | |
| 326. Starbucks Corp | | None | | | Sold | 5/21/12 | J | | |
| 327. | | | | | | | | | |
| 328. Merck & Co | | None | | | Buy | 02/10/12 | J | | |
| 329. Merck & Co | | None | | | Sold (part) | 5/21/12 | J | | |
| 330. Merck & Co | | None | | | Sold | 5/24/12 | J | | |
| 331. | | | | | | | | | |
| 332. Netflix(NFLX) | | None | | | Buy | 01/27/12 | J | | |
| 333. Netflix | | None | | | Buy (add'l) | 2/08/12 | J | | |
| 334. Netflix | | None | | | Sold (part) | 02/13/12 | J | | |
| 335. Netflix | | None | | | Sold (part) | 03/14/12 | J | | |
| 336. Netflix | | None | | | Sold (part) | 4/10/12 | J | | |
| 337. Netflix | | None | | | Sold | 5/16/12 | J | | |
| 338. | | | | | | | | | |
| 339. SPDR Put | | None | | | Buy | 02/13/12 | J | | |
| 340. PPDR Put | | None | | | Sold | 02/19/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. Qualcomm Inc. (QCOM) | | None | | | Buy (add'l) | 02/06/12 | J | | |
| 343. Qualcomm Inc. | | None | | | Buy (add'l) | 02/22/12 | J | | |
| 344. Qualcomm Inc. | | None | | | Buy (add'l) | 4/13/12 | J | | |
| 345. Qualcomm Inc. (QCOM) | | None | | | Buy (add'l) | 02/06/12 | J | | |
| 346. Qualcomm Inc. | | None | | | Buy (add'l) | 02/22/12 | J | | |
| 347. Qualcomm Inc. | | None | | | Buy (add'l) | 4/13/12 | J | | |
| 348. Qualcomm Inc. | | None | | | Sold (part) | 5/16/12 | J | | |
| 349. Qualcomm Inc. | | None | | | Sold (part) | 5/21/12 | J | | |
| 350. Qualcomm Inc. | | None | | | Sold | 5/24/12 | J | | |
| 351. | | | | | | | | | |
| 352. Wyndham Worldwide Corp (WYN) | A | Int./Div. | | | Buy | 03/06/12 | J | | |
| 353. Wyndham Worldwide Corp | | None | | | Sold (part) | 4/10/12 | J | | |
| 354. Wyndham Worldwide Corp | | None | | | Buy (add'l) | 5/24/12 | J | | |
| 355. Wyndham Worldwide Corp | | None | | | Sold | 6/01/12 | J | | |
| 356. | | | | | | | | | |
| 357. Priceline.com (PCLN) | | None | | | Buy | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffin, Juliet E. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[  ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Priceline.com | | None | | | Buy (add'l) | 4/10/12 | J | | |
| 359. Priceline.com | | None | | | Buy (add'l) | 4/17/12 | J | | |
| 360. Priceline.com | | None | | | Buy (add'l) | 4/19/12 | J | | |
| 361. Priceline.com | | None | | | Sold | 5/16/12 | J | | |
| 362. | | | | | | | | | |
| 363. Apple Inc. Put | | None | | | Buy | 4/05/12 | J | | |
| 364. Apple Inc. Put | | None | | | Sold | 4/09/12 | J | | |
| 365. | | | | | | | | | |
| 366. J P Morgan Chase (JPM) | | None | | | Buy | 4/04/12 | J | | |
| 367. J P Morgan Chase (JPM) | | None | | | Sold | 4/04/12 | J | | |
| 368. | | | | | | | | | |
| 369. Apple Call | | None | | | Buy | 4/16/12 | J | | |
| 370. Apple Call | | None | | | Buy | 4/20/12 | J | | |
| 371. Apple Call | | None | | | Sold | 4/24/12 | J | | |
| 372. | | | | | | | | | |
| 373. Starbucks Corp(SBUX) | | None | | | Buy | 4/16/12 | J | | |
| 374. Starbucks Corp | | None | | | Sold (part) | 5/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Starbucks Corp | | None | | | Sold | 5/01/12 | J | | |
| 376. | | | | | | | | | |
| 377. Visa Inc. (V) | | None | | | Buy | 5/24/12 | J | | |
| 378. Visa Inc. | | None | | | Sold | 6/01/12 | J | | |
| 379. | | | | | | | | | |
| 380. Footlocker Inc. (FL) | | None | | | Buy | 5/25/12 | J | | |
| 381. Footlocker Inc. | | None | | | Sold | 6/01/12 | J | | |
| 382. | | | | | | | | | |
| 383. Consolidated Edison Co (ED) | | None | | | Buy | 6/01/12 | J | | |
| 384. Consolidated Edison Co | | None | | | Sold | 11/07/12 | J | | |
| 385. | | | | | | | | | |
| 386. TD AMERITRADE Roth IRA | | None | | | | | | | |
| 387. Money Market | A | Interest | J | T | | | | | |
| 388. | | | | | | | | | |
| 389. American Water Company (AWK) | A | Dividend | | | Sold | 11/07/12 | J | A | |
| 390. | | | | | | | | | |
| 391. North American Tanker (NAT) | A | Dividend | | | Sold | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. Apple Computer Co (AAPL) | A | Int./Div. | | | Sold | 11/07/12 | J | A | |
| 394. | | | | | | | | | |
| 395. Southern Copper Company (SCCO) | A | Int./Div. | | | Sold | 11/07/12 | J | | |
| 396. | | | | | | | | | |
| 397. Spectra Energy Partners (SEP) | A | Int./Div. | | | Sold | 11/07/12 | J | | |
| 398. | | | | | | | | | |
| 399. IRA Innovation (IRA Administrator) | | None | | | | | | | |
| 400. Money Market | | None | L | T | Open | 9/11/12 | L | | |
| 401. | | | | | | | | | |
| 402. IRA Innovations (IRA Aministrator) | | None | | | | | | | |
| 403. Money Market | | None | L | T | Open | 9/11/12 | L | | |
| 404. | | | | | | | | | |
| 405. | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Amerivest Accounts at TD Ameritrade were closed out in 2011, but a very small amount of cash was left in these accounts. These amounts were moved back to the regular IRA accounts.

Note 2: NTAP was shown as sold in 2011. However, it appears is was not completely liquidated and a small amount should have been indicated as still being held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juliet E. Griffin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544